

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00339-CV

**ROY MITCHELL,**

                                   **Appellant**

 **v.**

**WELLS FARGO BANK,**

                                   **Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 74,768

## MEMORANDUM  OPINION

Roy Mitchell brings this appeal from the denial of his motion for default judgment. The Clerk of this Court notified the parties that the appeal was subject to dismissal for want of jurisdiction because the denial of a motion for default judgment may be challenged only in an appeal from a final judgment or other appealable order. *See Aguilar v. Livingston*, 154 S.W.3d 832, 833 (Tex. App.—Houston [14th Dist.] 2005, no pet.). The Clerk advised the parties that the appeal may be dismissed unless Mitchell or some other party filed a response showing grounds for continuing the appeal. *See* Tex.

R. App. P. 42.3(a). The Court has received no response. Accordingly, the appeal is dismissed.

FELIPE REYNA
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
      (Chief Justice Gray concurs in the judgment to the extent it dismisses the appeal for want of jurisdiction)
Appeal dismissed
Opinion delivered and filed December 9, 2009
[CV06]